IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

JAMES JOHNSON                                                                                                   PLAINTIFF
#12406

v.                                          3:22CV00023-KGB-JTK

M. MCCLAIM, et al.                                                                                            DEFENDANTS

**ORDER**

Having reviewed James Johnson's ("Plaintiff") Amended Complaint (Doc. No. 9) for screening purposes,[1] the Court concludes service of Plaintiff's claims against Defendants M. McClaim, Paula Bower, and Dell Cook is appropriate.

IT IS, THEREFORE, ORDERED that the Clerk of the Court shall prepare Summonses for Defendants McClaim, Bower, and Cook. The United States Marshal shall serve a copy of the Amended Complaint (Doc. No. 9), Summons, and this Order on Defendants McClaim, Bower, and Cook without prepayment of fees and costs or security therefore. Service should be attempted through the Mississippi County Sheriff's Office, 685 North County Road 599, Luxora, AR 72358.

IT IS SO ORDERED this 21st day of March, 2022.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE

---

[1] The Prison Litigation Reform Act ("PLRA") requires federal courts to screen prisoner complaints seeking relief against a governmental entity, officer, or employee. 28 U.S.C. § 1915A(a).