IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

JAMES JOHNSON  PLAINTIFF
#12406

v.  3:22CV00023-KGB-JTK

MATHEW MCCLAIN, et al.  DEFENDANTS

## ORDER

Defendants Mathew McClain, Dale Cook, and Paula Bowen, through counsel, have filed an Answer to Plaintiff's Amended Complaint and supplied their correct names.  (Doc. No. 18). The Clerk of the Court is directed to change the style of the case to reflect the correct names of these Defendants.

IT IS SO ORDERED this 18th day of April, 2022.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE