IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

JAMES JOHNSON                                                                                    PLAINTIFF
#12406

v.                                                      3:22CV00023-JTK

MATHEW MCCLAIN, et al.                                                                DEFENDANTS

## ORDER

Pending is James Johnson's ("Plaintiff") Amended Complaint. (Doc. No. 9). On March 21, 2022, the Court recommended that Plaintiff's claims against the Mississippi County Detention Center, Clerk Haley, and Does be dismissed without prejudice, and that these Defendants be dismissed as parties from this lawsuit. (Doc. No. 12). No objections have been filed. The Recommendation remains pending.

On June 1, 2022, United States District Judge Kristine G. Baker reassigned this case to the undersigned pursuant to consent from the parties to a United States Magistrate Judge's jurisdiction. (Doc. No. 28).

For the reasons set out in the Court's Recommendation (Doc. No. 12), Plaintiff's claims against the Mississippi County Detention Center, Clerk Haley, and Does are DISMISSED without prejudice and the Mississippi County Detention Center, Clerk Haley, and Does are DISMISSED as parties to this lawsuit.

The pending Recommendation (Doc. No. 12) is DENIED as moot.

IT IS SO ORDERED this 3rd day of June, 2022.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE