## IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### NORTHERN DIVISION

JAMES JOHNSON                                                    PLAINTIFF
#12406

v.                                3:22CV00023-JTK

MATHEW MCCLAIN, et al.                                          DEFENDANTS

## **ORDER**

James Johnson ("Plaintiff") has not responded to the Court's September 2, 2022 Order directing him to update his address.   (Doc. No. 32).   Mail sent to Plaintiff is still being returned as undeliverable.   (Doc. No. 33).   The Court warned Plaintiff that his failure to update his address within thirty days would result in the dismissal of his Complaint without prejudice.   (Doc. No. 32).

Rule 5.5(c)(2) of the Local Rules of the United States District Courts for the Eastern and Western Districts of Arkansas provides as follows:

> It is the duty of any party not represented by counsel to promptly notify the Clerk and the other parties to the proceedings of any change in his or her address, to monitor the progress of the case and to prosecute or defend the action diligently . . . . If any communication from the Court to a pro se plaintiff is not responded to within thirty (30) days, the case may be dismissed without prejudice. . . .

Because Plaintiff has failed to respond, his Complaint is DISMISSED without prejudice for failure to prosecute.   The Court certifies that an *in forma pauperis* appeal is considered frivolous and not in good faith.

IT IS SO ORDERED this 13th day of October, 2022.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE