IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

JAMES JOHNSON                                                                                    PLAINTIFF
#12406

v.                                          3:22CV00023-JTK

MATHEW MCCLAIN, et al.                                                                     DEFENDANTS

## JUDGMENT

Pursuant to the order filed this date, judgment is entered dismissing this case without prejudice; the relief sought is denied. The Court certifies that an in forma pauperis appeal is considered frivolous and not in good faith.

DATED this 13th day of October, 2022.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE